UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-60802-WJZ

JULIUS SEILER,

    Plaintiff,

vs.

RESTO JULES LLC d/b/a
LEMON TREE CAFÉ,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JULIUS SEILER, and Defendant, RESTO JULES LLC d/b/a LEMON TREE CAFÉ, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above-referenced action with prejudice.

AGREED and STIPULATED on this 24th day of October, 2016.

| | |
|---|---|
| */s/ Jessica L. Kerr* | **/s/ Daniel A. Milian** |
| Jessica L. Kerr, Esquire | Daniel A. Milian, Esquire |
| Florida Bar No. 92810 | Florida Bar No.74803 |
| */s/ Jaci R. Mattocks* | **Law Office of Daniel A. Milian, P.A.** |
| Jaci R. Mattocks, Esquire | 306 Alcazar Avenue, Suite 303A |
| Florida Bar No. 115765 | Miami, FL 33134 |
| **J & M ADVOCACY GROUP, LLC** | Telephone: (786) 650-1123 |
| 4651 Sheridan Street, Suite 301 | Facsimile: (786) 650-1153 |
| Hollywood, FL 33021 | *Counsel for Defendant* |
| Telephone: (954) 962-1166 | Email: damilian@danielmilianlaw.com |
| Facsimile: (954) 962-1779 | *Counsel for Defendant* |
| Email: service@jmadvocacygroup.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

*/s/ Jessica L. Kerr_____*
Jessica L. Kerr, Esquire
Florida Bar No. 92810