```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 16-60802-CIV-ZLOCH
```

JULIUS SELIER,

       Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

RESTO JULES, LLC,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice (DE 26) filed herein by both Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation Of Dismissal With Prejudice (DE 26) be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   25th   day of October, 2016.

                                           WILLIAM J. ZLOCH
                                           United States District Judge

Copies furnished:

All Counsel of Record